IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CONN CREDIT I, LP, )<br>CONN APPLIANCES, INC., and )<br>CONN'S, INC., )<br>)<br>Defendants. )<br>) | CIVIL ACTION NO. 4:20-cv-03221 |

**UNOPPOSED MOTION TO DISMISS CASE WITHOUT PREJUDICE**

On September 15, 2020, Plaintiff United States of America filed the complaint in this action against Defendants Conn Credit I, LP, Conn Appliances, Inc., and Conn's, Inc. ("Defendants"), as well as a proposed Consent Order, agreed to by Defendants, resolving all claims at issue. On January 13, 2021, at the direction of this Court, the United States filed a revised proposed Consent Order, again agreed to by Defendants, resolving all claims at issue.

It is hereby stipulated by and between the United States and Defendants, through their counsel of record and subject to the Court's approval of the revised proposed Consent Order, that this case be dismissed without prejudice. The Court shall retain jurisdiction for the duration of the Consent Order for three (3) years to enforce the terms of the Consent Order, after which the case shall be dismissed with prejudice. The United States may move the Court to extend the duration of the Consent Order in the interests of justice.

//

//

//

Respectfully submitted this 13th day of January, 2021.

| | |
|---|---|
| RYAN K. PATRICK<br>United States Attorney | JOHN B. DAUKAS<br>Acting Assistant Attorney General<br>Civil Rights Division |
| | /s/ Sameena Shina Majeed<br>SAMEENA SHINA MAJEED<br>Chief<br>Housing and Civil Enforcement Section |
| ELIZABETH F. KARPATI<br>Assistant United States Attorney<br>State Bar No. 00794069<br>SDTX: 20567<br>1000 Louisiana, Suite 2300<br>Houston TX 77002<br>(713) 567-9767 (PHONE)<br>(713) 718-3303 (FAX)<br>Email: Elizabeth.Karpati@usdoj.gov | /s/ Elizabeth A. Singer<br>ELIZABETH A. SINGER<br>Director<br>U.S. Attorneys' Fair Housing Program<br>Housing and Civil Enforcement Section |
| | /s/ Tanya Ilona Kirwan<br>TANYA ILONA KIRWAN, MD Bar<br>Trial Attorney/Attorney-in-Charge<br>U.S. Department of Justice<br>Civil Rights Division<br>Housing and Civil Enforcement Section<br>4 Constitution Square<br>150 M Street, NE, Suite 8.125<br>Washington, DC 20530<br>Email: tanya.kirwan@usdoj.gov<br>Tel: 202-305-4973<br>Fax: 202-514-1116 |

## **CERTIFICATE OF SERVICE**

I do hereby certify that I have caused a true and correct copy of the foregoing Unopposed Motion to Dismiss Case Without Prejudice to be served upon the following, by the Court's ECF system, on this 13th day of January 2021:

David M. Bizar
Seyfarth Shaw, LLP
Seaport East, Suite 300
2 Seaport Lane
Boston, MA 02210-2028
Email: dbizar@seyfarth.com

/s/ Tanya Ilona Kirwan
TANYA ILONA KIRWAN, MD Bar
Trial Attorney/Attorney-in-Charge
U.S. Department of Justice
Civil Rights Division
Housing and Civil Enforcement Section
4 Constitution Square
150 M Street, NE, Suite 8.125
Washington, DC 20530
Email: tanya.kirwan@usdoj.gov
Tel: 202-305-4973
Fax: 202-514-1116